IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CR-00148 OWW |
| ) | |
| Plaintiff, ) | ORDER ON GOVERNMENT'S |
| ) | MOTION TO DISMISS |
| ) | (Fed. R. Crim. P. 48 (a)) |
| v. ) | |
| ) | |
| JOSE ELIAS MARQUEZ LEANOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice and that the defendant's bond be exonerated.

IT IS SO ORDERED.

**Dated:   April 6, 2006**             **/s/ Oliver W. Wanger**
emm0d6                        UNITED STATES DISTRICT JUDGE

1