```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                       ) | 1:05-cr-0148 OWW |
|         Plaintiff,  ) | |
| vs.                                    ) | |
|                                       ) | ORDER FOR RETURN OF |
| JOSE ELIAS MARQUEZ LEANOS,            ) | NOTE AND DEED OF TRUST |
|                                        ) | AND PASSPORT |
|         Defendants. ) | |
| _____) | |

The above-named defendant having been dismissed from the case upon motion of the United States Attorney;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety, and the Passport be returned to the defendant.

Dated:  __April 7, 2006_          _/s/ OLIVER W. WANGER_____
                                               OLIVER W. WANGER
                                               United States District Judge